```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 06 B 13311
   MARILYN M MULLENS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4869


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/17/2006 and was confirmed 02/22/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/17/2008.
--------------------------------------------------------------------------------
                                                     INTEREST       PRINCIPAL
CREDITOR NAME              CLASS         CLAIM AMOUNT   PAID          PAID
--------------------------------------------------------------------------------
CITI AUTO                  SECURED VEHIC  22847.10     1333.59       4501.04
CITI AUTO                  UNSECURED      NOT FILED        .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED        .00           .00
AT&T                       NOTICE ONLY    NOT FILED        .00           .00
ACA                        UNSECURED        245.00         .00           .00
ADT SECURITY SYSTEMS       UNSECURED      NOT FILED        .00           .00
ALEXANDER ROSE INC         UNSECURED       5936.15         .00           .00
ALLIED INTERSTATE          UNSECURED      NOT FILED        .00           .00
ALTERNATIVE RECOVERY MAN   UNSECURED      NOT FILED        .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        793.27         .00           .00
ATTENTION COLLECTIONS      UNSECURED      NOT FILED        .00           .00
CBCS                       UNSECURED      NOT FILED        .00           .00
BALLYS                     UNSECURED       1919.16         .00           .00
CHECK RITE                 UNSECURED      NOT FILED        .00           .00
CHECK RITE                 UNSECURED      NOT FILED        .00           .00
CHECK RITE                 UNSECURED      NOT FILED        .00           .00
CHECK RITE                 UNSECURED      NOT FILED        .00           .00
CHECK RITE                 UNSECURED      NOT FILED        .00           .00
COMCAST                    UNSECURED      NOT FILED        .00           .00
COMCAST                    NOTICE ONLY    NOT FILED        .00           .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED        .00           .00
FAC/NAB                    UNSECURED      NOT FILED        .00           .00
FBCS INC                   UNSECURED      NOT FILED        .00           .00
FINANCIAL CORPORATION OF   UNSECURED      NOT FILED        .00           .00
GH RADFORD DDS & ASSOCIA   UNSECURED      NOT FILED        .00           .00
GULF COAST COLLECTIONS I   UNSECURED      NOT FILED        .00           .00
GULF COAST COLLECTIONS I   UNSECURED      NOT FILED        .00           .00
HALL & ASSOCIATES          UNSECURED      NOT FILED        .00           .00
ILLINOIS COLLECTION SYST   UNSECURED      NOT FILED        .00           .00
IVY LEAGUE TUTORING        UNSECURED        630.00         .00           .00
JHR ADJUSTMENT CO          UNSECURED      NOT FILED        .00           .00
MITCHELL N KAY             UNSECURED      NOT FILED        .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13311 MARILYN M MULLENS
```

```
SHURGARD                   UNSECURED        190.40              .00            .00
MAC PIZZA MANAGEMENT INC   UNSECURED     NOT FILED              .00            .00
MEDICAL DATA SYSTEM        UNSECURED     NOT FILED              .00            .00
NATIONAL CREDIT INVESTIG   UNSECURED       9940.00              .00            .00
NCO FIN/31                 UNSECURED     NOT FILED              .00            .00
NCO FINANCIAL SYSTEMS IN   UNSECURED     NOT FILED              .00            .00
NCO MEDCLR                 UNSECURED     NOT FILED              .00            .00
NCO MEDCLR                 UNSECURED     NOT FILED              .00            .00
NCO MEDCLR                 UNSECURED     NOT FILED              .00            .00
NORTHEASTERN ILLINOIS UN   UNSECURED     NOT FILED              .00            .00
NORTHWEST PREMIUM SERVIC   UNSECURED     NOT FILED              .00            .00
NORTHWESTERN MEMORIAL HO   UNSECURED     NOT FILED              .00            .00
NORTHWESTERN MEMORIAL HO   UNSECURED     NOT FILED              .00            .00
NORTHWESTERN MEMORIAL HO   NOTICE ONLY   NOT FILED              .00            .00
NUVELL CREDIT CO LLC       UNSECURED       9763.40              .00            .00
NUVELL FINANCIAL           NOTICE ONLY   NOT FILED              .00            .00
OSI COLLECTION SERVICES    UNSECURED     NOT FILED              .00            .00
OSI COLLECTION SERVICES    UNSECURED     NOT FILED              .00            .00
PALISADES COLLECTIONS      UNSECURED       1890.20              .00            .00
PLAZA ASSOCIATES           UNSECURED     NOT FILED              .00            .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED              .00            .00
SBC                        NOTICE ONLY   NOT FILED              .00            .00
SENEX SERVICES             UNSECURED     NOT FILED              .00            .00
STREETERVILLE OPEN MRI     UNSECURED     NOT FILED              .00            .00
US DEPT OF EDUCATION       UNSECURED      32313.57              .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED        610.19              .00            .00
ZUKOWSKI BRESENHAN & SIN   FILED LATE       628.50              .00            .00
FORD MOTOR CREDIT          UNSECURED      10430.51              .00            .00
L & M PROPERTIES           NOTICE ONLY   NOT FILED              .00            .00
ILLINOIS DEPT OF REV       UNSECURED         30.00              .00            .00
ILLINOIS DEPT OF REV       SECURED NOT I    737.59              .00            .00
ILLINOIS DEPT OF REV       PRIORITY          44.80              .00            .00
CITIFINANCIAL              PRIORITY         850.00              .00         725.32
TIMOTHY K LIOU             DEBTOR ATTY    2,359.20                          231.84
TOM VAUGHN                 TRUSTEE                                          447.25
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
    --------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
    --------------------------------------------------------------------------
TRUSTEE                  7,239.04

PRIORITY                                      725.32
SECURED                                     4,501.04
    INTEREST                                1,333.59
UNSECURED                                        .00
ADMINISTRATIVE                                231.84
TRUSTEE COMPENSATION                          447.25

                PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13311 MARILYN M MULLENS
```

```
DEBTOR REFUND                                                            .00
                                        ----------------   ----------------
TOTALS                                         7,239.04           7,239.04
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE